IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SONIA HOLGUIN,

    Plaintiff,

v.                                                       No. 17-cv-0323 GBW/SMV

FARMERS INSURANCE COMPANY
OF ARIZONA,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff's counsel, Jonathan Huerta, failed to appear at a telephonic status conference set for March 28, 2017, at 10:30 a.m., in accordance with the Court's Order Setting Telephonic Status Conference [Doc. 5]. Mr. Huerta is ordered to show cause why he should not be held in contempt or otherwise sanctioned for his failure to appear.

On March 16, 2017, the Court issued an Order Setting Telephonic Status Conference [Doc. 5]. The Order directed counsel to call Judge Vidmar's "Meet Me" line on March 28, 2017, at 10:30 a.m. for the status conference. The CM/ECF notice of electronic filing indicates that the order was delivered to Plaintiff's counsel via email. Nevertheless, counsel failed to appear on behalf of Plaintiff at the hearing.

**IT IS THEREFORE ORDERED** that no later than **April 11, 2017,** attorney Jonathan Huerta must show cause, in writing, why he should not be held in contempt or otherwise sanctioned for his failure to appear at the hearing on March 28, 2017.

**IT IS SO ORDERED.**

                                                                         _____
                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**