IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SONIA HOLGUIN,

    Plaintiff,

  v.                                                    No. 17-CV-0323 RB-SMV

FARMERS INSURANCE COMPANY OF ARIZONA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice, filed on December 8, 2017. (Doc. 26.) The parties have given notice that they have settled all claims and will bear their respective legal fees and costs incurred in this matter. (*Id.*) Noting that the Motion is unopposed and finding good cause therefore, the Court will grant the Motion.

**THEREFORE,**

**IT IS ORDERED** that the Joint Motion for Dismissal with Prejudice (Doc. 26) is **GRANTED**;

**IT IS FURTHER ORDERED** that this action is **DISMISSED with prejudice**.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**